UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALBEMARLE CORPORATION | CIVIL ACTION |
| VERSUS | NO. 05-1239-JJB |
| CHEMTURA CORPORATION, ET AL. | |

### NOTICE TO COUNSEL

Having considered the Defendants' motion for extension of time (doc. 340) and the opposition (doc. 341) thereto;

IT IS ORDERED that the motion (doc. 340) be GRANTED and the reply memorandum shall be filed **on or before June 27, 2008**.

ADDITIONALLY, the parties are hereby given NOTICE that the court is considering appointment of a SPECIAL MASTER in conjunction with the numerous pretrial motions pending in this case. The parties are instructed to file a short response **on or before June 27, 2008**, addressing any objections and/or recommendations relative to the possible appointment of a special master.

ADDITIONALLY, the deadline for opposing defendants' latest motion for summary judgment (doc. 339) shall be July 7, 2008, and any reply shall be due

within 15 days thereafter.

Baton Rouge, Louisiana, June 18th, 2008.

											JAMES J. BRADY, JUDGE
											MIDDLE DISTRICT OF LOUISIANA