UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ALBEMARLE CORPORATION

VERSUS

CHEMTURA CORPORATION AND GREAT
LAKES CHEMICAL CORPORATION

CIVIL ACTION

NO 05-1239-JJB

**ORDER**

Pursuant to this Court's previous order appointing the Special Master (doc 381), the parties were given 20 days from receipt of the Special Master's report and recommendation to file written objections to the report. The order also allowed any party to respond to another party's objections within 10 days of being served a copy of said objection. Defendants have, pursuant to Federal Rule of Civil Procedure 54(f)(2) moved to adopt the Special Master's Report and Recommendation (docs. 467, 468, 470) and have filed supporting memoranda. Plaintiff has filed objections to these motions to adopt (docs. 473, 474, 475). Although F.R.C.P. 54(f)(2) allows a party to make a motion to adopt, this Court's previous order controls and does not provide for such a motion. Accordingly, this Court **STRIKES** defendant's motions to adopt (docs. 467, 468, and 470) from the record and instructs defendants that any arguments regarding adoption, modification, or rejection of the Special Master's report should be included in defendant's response to plaintiff's objections.

Signed in Baton Rouge, Louisiana, on January 12, 2009.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA