UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ALBEMARLE CORPORATION

VERSUS

CHEMTURA CORPORATION,
ET AL.

CIVIL ACTION

NO. 05-1239-JJB

## ORDER

Considering the Suggestion of Bankruptcy filed by Chemtura Corporation;

IT IS ORDERED that all claims against defendants are hereby STAYED. Counsel for Chemtura shall notify the court in the event that the automatic stay is lifted.

Signed in Baton Rouge, Louisiana on March 20, 2009.

JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA